**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | NEXERA Medical, Inc. | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-5357484 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1515 SE 17th Street**<br>**POB 460062**<br>**Fort Lauderdale, FL 33316**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Broward**<br>County | **Location of principal assets, if different from principal place of business**<br>**125 North Maple Ave., Alton OK 74331**<br>**13551 SW 135 Ave., Miami FL 33186**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **NEXERA Medical, Inc.**                                          Case number (*if known*)
_____
Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

Debtor  **NEXERA Medical, Inc.**                                      Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ When _____ | | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

### ▆ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **NEXERA Medical, Inc.**                                          Case number (*if known*) _____
Name

☐ $50,001 - $100,000                ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000               ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million             ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | **NEXERA Medical, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td colspan="2">█  **Request for Relief, Declaration, and Signatures**</td></tr>
</table>

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 28, 2023**
_____
MM / DD / YYYY

**X** **/s/ James Magruder**
_____
Signature of authorized representative of debtor

**James Magruder**
_____
Printed name

Title   **Director**
_____

---

**18. Signature of attorney**

**X** **/s/ Jordan L. Rappaport**
_____
Signature of attorney for debtor

Date   **April 28, 2023**
_____
MM / DD / YYYY

**Jordan L. Rappaport 108022**
_____
Printed name

**Rappaport Osborne & Rappaport, PLLC**
_____
Firm name

**1300 N Federal Hwy**
**Suite 203**
**Boca Raton, FL 33432**
_____
Number, Street, City, State & ZIP Code

Contact phone   **561-368-2200**          Email address   _____

**108022 FL**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **NEXERA Medical, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2023**          X */s/ James Magruder*
                                              Signature of individual signing on behalf of debtor

                                              **James Magruder**
                                              Printed name

                                              **Director**
                                              Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **NEXERA Medical, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CanStar, Inc. 125 N Maple Ave., Afton, OK 74331 | | Storage | | | | $0.00 |
| Foss Performance Materials, LLC 11 Merrill Industrial Drive Hampton, NH 03842 | | Manufacturing materials | Contingent Unliquidated Disputed | | | $754,800.00 |
| Foss Performance Materials, LLC 11 Merrill Industrial Drive Hampton, NH 03842 | | Manufacturing materials | Contingent Unliquidated Disputed | | | $408,000.00 |
| James Magruder 1424 SE 12 St. Unit 1A Fort Lauderdale, FL 33136 | | Unpaid wages | | | | $240,000.00 |
| James Morrell 13754 Royston Bend Hudson, FL 34669 | | Unathorized wages/unathorized expenses | Contingent Unliquidated Disputed | | | $0.00 |
| Litera Capital II, LLC c/o Brito, PLLC 2121 Ponce De Leon Blvd Suite 650 Coral Gables, FL 33134 | | Lawsuit (CACE-21-007178) | Unliquidated Disputed | | | $150,000.00 |
| Paul Sallarulo 2521 NE 48th St. Lighthouse Point, FL 33064 | | Shareholder Loan | | | | $241,717.00 |
| Paul Sallarulo 2521 NE 48th St. Lighthouse Point, FL 33064 | | Unpaid wages | | | | $24,000.00 |

Debtor  **NEXERA Medical, Inc.**                                                    Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Estate of Don Taft Kramer, Levin, Naftalis & Frankel, LLP 1177 Avenue of the Americas New York, NY 10036** | | **Promissory Note** | | | | **$70,000.00** |
| **Total Quality Logistics POB 634558 Cincinnati, OH 45263-4558** | | **Freight services** | **Disputed** | | | **$13,850.00** |

**Fill in this information to identify the case:**

Debtor name    **NEXERA Medical, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................... $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................... $     **155,521.94**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................. $     **155,521.94**

### Part 2:    Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $        **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $        **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$     **1,902,367.00**

4.    Total liabilities ........................................................................................................................
    Lines 2 + 3a + 3b      $     **1,902,367.00**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **NEXERA Medical, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:      Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Centennial Bank** | **Checking** | **6079** | **$6,000.00** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**            **$6,000.00**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:      Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. **Foss Performance Materials, LLC . ($863,576.29 balance on account). Debtor believes such balance to have a nominal value at best as the order never fulfilled.** | **$1.00** |
|---|---|

9.      **Total of Part 2.**            **$1.00**

Add lines 7 through 8. Copy the total to line 81.

Debtor  **NEXERA Medical, Inc.**                                    Case number *(If known)* _____
        Name

---

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19. **Raw materials Spectrashield White/Blue 280 72" Lin Yards/Rolls - located at CanStar, Inc., 125 North Maple Ave., Alton, Oklahoma 74331 Spectrashield White/Blue 120 72" Lin Yards/Rolls - located at CanStar, Inc., 13551 SW 135 Ave., Miami, Florida 33186** | | **Unknown** | **N/A** | **$149,319.94** |

20.  **Work in progress**

21.  **Finished goods, including goods held for resale**

22.  **Other inventory or supplies**

23.  **Total of Part 5.**                                                     | **$149,319.94** |
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

Debtor    **NEXERA Medical, Inc.**                                    Case number *(If known)* _____
          Name

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------------------------------|----------------------------------------|-----------------------------------|
| **39.** **Office furniture** | | | |
| **40.** **Office fixtures** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** HP Desktop | $0.00 | N/A | $200.00 |

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $200.00 |
|---------|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-----------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

Debtor    **NEXERA Medical, Inc.**                                          Case number *(If known)* _____
        Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **Spectrashield (FDA 510k's(3)) - value only to the current company.** | **$0.00** | | **Unknown** |
| 61. **Internet domain names and websites** **Nexeramed.com** | **$0.00** | **N/A** | **$1.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| **$1.00** |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
  ■ No
  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ■ No
  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **Federal NOLs for 2021**          Tax year _____ | **Unknown** |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of** | |

Debtor    **NEXERA Medical, Inc.**    Case number *(If known)* _____
          ────────────────────────
          Name

**every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**    | **$0.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor    **NEXERA Medical, Inc.**                                  Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $149,319.94 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $155,521.94 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $155,521.94 |

**Fill in this information to identify the case:**

Debtor name  **NEXERA Medical, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name **NEXERA Medical, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Florida Dept of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **For noticing purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

**Internal Revenue Service**
**Centralized Insolvency Section**
**POB 21126 (DP-N-781)**
**Philadelphia, PA 19114**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim: **For noticing purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor  **NEXERA Medical, Inc.**
_____  Case number (if known) _____
Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CanStar, Inc.**
**125 N Maple Ave.,**
**Afton, OK 74331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2022

Last 4 digits of account number  _

Basis for the claim:  Storage

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $754,800.00 |
|---|---|---|---|

**Foss Performance Materials, LLC**
**11 Merrill Industrial Drive**
**Hampton, NH 03842**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  5/2020

Last 4 digits of account number  2577

Basis for the claim:  Manufacturing materials

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $408,000.00 |
|---|---|---|---|

**Foss Performance Materials, LLC**
**11 Merrill Industrial Drive**
**Hampton, NH 03842**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  5/2020

Last 4 digits of account number  2367

Basis for the claim:  Manufacturing materials

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240,000.00 |
|---|---|---|---|

**James Magruder**
**1424 SE 12 St.**
**Unit 1A**
**Fort Lauderdale, FL 33136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2021

Last 4 digits of account number  _

Basis for the claim:  Unpaid wages

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**James Morrell**
**13754 Royston Bend**
**Hudson, FL 34669**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  7157

Basis for the claim:  Unathorized wages/unathorized expenses

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

**Litera Capital II, LLC**
**c/o Brito, PLLC**
**2121 Ponce De Leon Blvd**
**Suite 650**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  Lawsuit (CACE-21-007178)

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,000.00 |
|---|---|---|---|

**Paul Sallarulo**
**2521 NE 48th St.**
**Lighthouse Point, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2021

Last 4 digits of account number  _

Basis for the claim:  Unpaid wages

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **NEXERA Medical, Inc.** | | Case number (if known) | |
| | Name | | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $241,717.00 |
| | **Paul Sallarulo** | ☐ Contingent | |
| | **2521 NE 48th St.** | ☐ Unliquidated | |
| | **Lighthouse Point, FL 33064** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Shareholder Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,000.00 |
| | **The Estate of Don Taft** | ☐ Contingent | |
| | **Kramer, Levin, Naftalis & Frankel, LLP** | ☐ Unliquidated | |
| | **1177 Avenue of the Americas** | ☐ Disputed | |
| | **New York, NY 10036** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Promissory Note** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,850.00 |
| | **Total Quality Logistics** | ☐ Contingent | |
| | **POB 634558** | ☐ Unliquidated | |
| | **Cincinnati, OH 45263-4558** | ☑ Disputed | |
| | Date(s) debt was incurred  11/2022 | Basis for the claim:  **Freight services** | |
| | Last 4 digits of account number  4723 | Is the claim subject to offset? ☑ No ☐ Yes | |

## Part 3:   List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **James Morrell** **12850 Seronera Valley Ct** **Spring Hill, FL 34610** | Line  **3.5** ☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,902,367.00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 1,902,367.00 |

**Fill in this information to identify the case:**

Debtor name    **NEXERA Medical, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**    State what the contract or lease is for and the nature of the debtor's interest | **Storage lease for two (2) locations:**<br>**-13551 SW 135 Ave., Miami, Florida 33186**<br>**-125 N Maple Ave., Alton, Oklahoma 74331** |
| State the term remaining | |
| List the contract number of any government contract _____ | **CanStar, Inc.**<br>**125 N Maple Ave.,**<br>**Afton, OK 74331** |

**Fill in this information to identify the case:**

Debtor name    **NEXERA Medical, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                          *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | *Check all schedules that apply:* |
|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City        State        Zip Code | | | |
| 2.2 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City        State        Zip Code | | | |
| 2.3 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City        State        Zip Code | | | |
| 2.4 | _____ | _____ | | _____ | ☐ D ☐ E/F ☐ G |
| | | Street _____ | | | |
| | | City        State        Zip Code | | | |

**Fill in this information to identify the case:**

Debtor name    **NEXERA Medical, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other  **sales** | **$4,000.00** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$0.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor   **NEXERA Medical, Inc.**                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Jeff Bovarnick, Esq.**<br>**101 Plaza Real S Apt. 934**<br>**Boca Raton, FL 33432** | **2/9/2023** | **$14,948.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Legal Services -**<br>**litigation** |
| 3.2. | **Total Quality Logistics** | **2/6/2023** | **$2,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<div style="background:black;color:white;display:inline-block">**Part 3:**</div>   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Litera Capital II, LLC  v.**<br>**Nexera Medical, Inc.**<br>**CACE21-007178** | **Damages** | **Broward County 17th**<br>**Judicial Circuit**<br>**201 SE 6th St.**<br>**Fort Lauderdale, FL 33301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

| Debtor | NEXERA Medical, Inc. | Case number *(if known)* | |
|---|---|---|---|

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rappaport Osborne & Rappaport PLLC**<br>**1300 N Federal Hwy #203**<br>**Boca Raton, FL 33432** | **$7,510.00  pre-petition consulting and bankruptcy preparation through 4/25/2023. $34,207.00 post-petition retainer held in Trust subject to filing of a Fee Application.** | **1/13/2023** | **$41,717.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Paul Sallarulo** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Debtor    **NEXERA Medical, Inc.**                                    Case number *(if known)*

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

�■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **3343 West Commercial Blvd.,<br>Suite 103<br>Fort Lauderdale, FL 33309** | **2022-2023** |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☐■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**
    **profit-sharing plan made available by the debtor as an employee benefit?**

    ☐■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,
    moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses,
    cooperatives, associations, and other financial institutions.

    ☐■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

Debtor    **NEXERA Medical, Inc.**                                    Case number *(if known)* _____

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| See Schedule A/B (19) | See Schedule A/B (19) | See Schedule A/B (19) | ☐ No<br>■ Yes |

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Debtor    NEXERA Medical, Inc.                                    Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Paul B. Kroncke, CPA**<br>**9 Hibiscus St.,**<br>**Suite 14**<br>**Tarpon Springs, FL 34689** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **James Magruder**<br>**1424 SE 12 Street, Unit 1A**<br>**Fort Lauderdale, FL 33136** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    NEXERA Medical, Inc.                              Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Magruder | 1424 SE 12 Street, Unit 1A Fort Lauderdale, FL 33136 | Director | 4.22 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marlene Jupiter | 333 NE 21st Ave., #1504 Deerfield Beach, FL 33441 | Director | .11 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul Sallarulo | 2521 NE 48th St. Lighthouse Point, FL 33064 | Director | 13.6 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Slavny | 20 Cobble Creek Road Victor, NY 14564 | Director | 1.17 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | James Magruder 1424 SE 12 St. Unit 1A Fort Lauderdale, FL 33136 | $547.20 | 1/18/2023 and 4/25/2023 | Reimbursement for payhments made to accountant and to internet provider |
| | Relationship to debtor Director | | | |
| 30.2. | Linda Danoff 1424 SE 12 St. Unit 1A Fort Lauderdale, FL 33136 | $900.00 | 4/25/2023 | Reimbursement for payment of reactivation of Debtor |
| | Relationship to debtor Wife of Director (James Magruder) | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Debtor    __NEXERA Medical, Inc.__                          Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 28, 2023__

__/s/ James Magruder__                          __James Magruder__
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    __Director__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re __NEXERA Medical, Inc.__          Case No. _____

                  Debtor(s)      Chapter    __11__ _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __April 28, 2023__           Signature __/s/ James Magruder__

                                                   __James Magruder__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Shareholder Ledger,
April 28, 2020

# Nexera Medical Stock Ledger 2020

| Stock Cert # | Name | Void Shares | Final Shares | Issue Date | COMMENTS |
|---|---|---|---|---|---|
| 1 | Alirian Capital Group, LLC - Founder Void | 122,100 | 0 | 08/12/2006 see 56 | |
| 2 | Haas, Marci - Founder Void | 95,000 | 0 | 08/12/2006 see 57 | |
| 3 | Russo, Salvatore - Founder Void | 95,000 | 0 | 08/12/2006 see 58 | |
| 4 | Nassar, Alvin J. - Founder Void | 95,000 | 0 | 08/12/2006 see 27 | |
| 5 | Morrell, James - Founder Void | 95,000 | 0 | 08/12/2006 see 28 | |
| 6 | Cougetnakis, Photios - Founder Void | 95,000 | 0 | 08/12/2006 see 29 | |
| 7 | Sallarulo, Paul - Founder Void | 95,000 | 0 | 08/12/2006 see 30 | |
| 8 | Magruder, James - Founder Void | 85,500 | 0 | 08/12/2006 see 31 | |
| 9 | Mermelstein, Joseph - Founder Void | 2,500 | 0 | 08/12/2006 see 32 | |
| 10 | Mermelstein, Marvin - Founder Void | 2,500 | 0 | 08/12/2006 see 33 | |
| 11 | Cave, Colin - Founder Void | 38,000 | 0 | 08/12/2006 see 34 | |
| 12 | JAV International, Inc. - Founder Void | 15,000 | 0 | 08/12/2006 see 35 | |
| 13 | ADM Services LLC - Founder Void | 1,250 | 0 | 08/12/2006 see 36 | |
| 14 | Giannopoulis, Paris - Founder Void | 250 | 0 | 08/12/2006 see 37 | |
| 15 | United Brokers Inc. - Founder Void | 5,000 | 0 | 08/12/2006 see 38 | |
| 16 | Gambino, Thomas - Founder Void | 1,500 | 0 | 08/12/2006 see 39 | |
| 17 | Summit Trading Limited - Founder Void | 1,500 | 0 | 08/12/2006 see 41 | |
| 18 | Feinberg, Barnet - Founder Void | 2,000 | 0 | 08/12/2006 see 42 | |
| 19 | Nagel, Douglas James - Founder | 20,000 | 0 | 08/12/2006 see 40 | |
| 20 | Watkins, Curtis - Founder Void | 100 | 0 | 08/12/2006 see 63 | |
| 21 | Warman, Sheldon - Founder Void | 10,000 | 0 | 08/12/2006 see 43 | |
| 22 | Amalfi, Michael - Founder Void | 2,500 | 0 | 08/12/2006 see 44 | |
| 23 | Enavest International SPA - Void | 95,000 | 0 | 08/12/2006 see 45 | |
| 24 | Schuss, Eric & Robin - Founder Void | 100 | 0 | 08/12/2006 see 64 | |
| 25 | Gironta, Massimino - Founder Void | 100 | 0 | 08/12/2006 see 66 | |
| 26 | Spiropoulos, Chris - Founder Void | 70,000 | 0 | 08/12/2006 see 59 | |
| 27 | Nassar, Alvin J. - Founder Void | 960,000 | 0 | 08/12/2006 see 74 | |
| 28 | Morrell, James - Founder Void | 960,000 | 0 | 08/12/2006 see 67 | |
| 29 | Cougetnakis, Photios - Founder Void | 960,000 | 0 | 08/12/2006 see 146 | |
| 30 | Sallarulo, Paul - Founder Void | 950,000 | 0 | 08/12/2006 | |
| 31 | Magruder, James - Founder Void | 855,000 | 0 | 08/12/2006 see 124 & 139 | |
| 32 | Mermelstein, James - Founder Void | 25,000 | 0 | 08/12/2006 | |
| 33 | Mermelstein, Joseph - Founder Void | 25,000 | 0 | 08/12/2006 | |
| 34 | Mermelstein, Marvin - Founder Void | 25,000 | 0 | 08/12/2006 | |
| 34 | Cave, Colin - Founder Void | 380,000 | 0 | 08/12/2006 see 70 To be adjusted (was 851,252) | |

Witnessed by:

5/4/20
1:40 p.m.

5/4/20

Shareholder Ledger
April 28, 2020

| No. | Name | | | Date | Notes |
|---|---|---|---|---|---|
| 35 | JAV International, Inc. - Founder | | 150,000 | 09/25/2006 | |
| 36 | ADM Services LLC - Founder | | 12,500 | 09/26/2006 | |
| 37 | Giannopoulis, Paris - Founder | | 2,500 | 09/27/2006 | |
| 38 | United Brokers Inc. - Founder Void | 50,000 | 0 | 09/28/2006 | see 76 and 77 |
| 39 | Gambino, Thomas - Founder | | 15,000 | 09/29/2006 | |
| 40 | Nagel, Douglas James - Founder | | 200,000 | 09/30/2006 | |
| 41 | Summit Trading Limited - Founder | | 15,000 | 10/01/2006 | |
| 42 | Feinberg, Barnet - Founder | | 20,000 | 10/02/2006 | |
| 43 | Warnen, Sheldon - Founder | | 100,000 | 10/03/2006 | |
| 44 | Amalfi, Michael - Founder | | 25,000 | 10/04/2006 | |
| 45 | Enavest Internacional SPA | | 950,000 | 08/31/2006 | |
| 45 | Enavest Internacional SPA | | 34,483 | 11/22/2006 | |
| 46 | Bampton, Alan | | 100,000 | 10/01/2006 | |
| 47 | Bampton, Alan | | | | |
| 48 | | | | | |
| 49 | Bampton, Alan | | 51,724 | 01/03/2007 | |
| 50 | Art To Go Inc. | | 34,483 | 11/22/2006 | |
| 51 | Ledbetter, Dale | | 34,483 | 04/20/2007 | |
| 52 | Seiler, Zaden, & Rimes LLC | | 17,241 | 04/10/2007 | |
| 53 | Liotta, Laura | | 10,618 | 04/13/2007 | |
| 54 | Yadzi, Ali | | 3,000 | 04/03/2007 | |
| 55 | Horwitz, Alan | | 34,483 | 05/08/2007 | |
| 56 | Aman Capital Group, LLC - Founder Void | 1,221,000 | 0 | 08/12/2006 | see 118 |
| 57 | Haas, Marci - Founder Void | 950,000 | 0 | 08/12/2006 | see 133 |
| 58 | Russo, Salvatore (SOSR) - Founder Void | 950,000 | 0 | 08/12/2006 | see 149 |
| 59 | Spiropoulos, Chris - Founder | | 700,000 | 08/12/2006 | |
| 60 | Taft, Don | | 100,000 | 09/09/2007 | |
| 61 | Taft, Don | | 106,000 | 04/02/2008 | |
| 62 | Frank Callahan | | 153,448 | 12/03/2006 | |
| 63 | Watkins, Curtis - Founder | | 1,000 | 08/12/2006 | |
| 64 | Schuss, Eric & Robin - Founder | | 1,000 | 08/12/2006 | |
| 65 | Richardson, Miriam | | 50,764 | 09/26/2007 | |
| 66 | Gironta, Massimino - Founder | | 1,000 | 08/12/2006 | |
| 67 | Morell, James - Founder | | 1,077,199 | 03/15/2007 | |
| 67 | Taylor, Trevor - Founder | | 1,000 | 08/12/2006 | |
| 68 | | | | | |
| 69 | | | | | |
| 70 | Cave, Colin - Founder | | 600,000 | 04/09/2007 | See 34 - Return 251, 282 - Try & Reissued |
| 71 | King, Howard - Newbridge | | 150,000 | 05/20/2008 | |
| 72 | Nixon, Mike - Founder | | 75,000 | 01/31/2010 | |
| 73 | Jillson, Joseph - Founder | | 75,000 | 01/31/2010 | |
| 74 | Nassar, Alvin J. - Founder Void | 927,199 | 0 | 01/31/2010 | Voided - See #150 |
| 75 | | | | | |

Shareholder Ledger
April 28, 2020

| No. | Name | | Amount | Date | Notes |
|---|---|---|---|---|---|
| 76 | Morrell, James - Founder | | 25,000 | 01/15/2007 | Purchased from R. Nassar |
| 77 | Nassar, Alvin J. - Founder | | 25,000 | 01/15/2007 | Purchased from R. Nassar |
| 78 | Jacki Traynor | | 40,000 | 05/01/2008 | Reissued, lost certificate |
| 79 | Cummings, William | | 5,000 | 05/01/2008 | Reissued lost certificate |
| 80 | Geretco Inc. | | 50,000 | 12/08/2007 | |
| 81 | Fitzgerald, John | | 5,000 | 06/15/2008 | |
| 82 | Rowell, David | | 5,000 | 06/15/2008 | |
| 83 | DeGrace, Micheal | | 5,000 | 06/15/2008 | |
| 84 | Tinlos, Katherine Void | 25,000 | 0 | 12/20/2007 | Voided |
| 85 | Voided - Destroyed Certificate | | 0 | | Voided |
| 86 | Nassar, Alvin J. - Founder Void | 12,500 | 0 | 08/12/2006 | Voided |
| 87 | | | | | |
| 88 | McAuliffe, John | | 24,000 | 03/15/2007 | |
| 89 | Amico, Guy | | 24,000 | 03/15/2007 | |
| 90 | Goldstein, Scott | | 24,000 | 03/15/2007 | |
| 91 | Aguililla, Douglas | | 8,000 | 03/15/2007 | |
| 92 | Slavny, David | | 20,000 | 03/15/2007 | |
| 93 | Bungardt, Darren | | 12,500 | 06/26/2008 | |
| 94 | Fricke, Robert | | 12,500 | 06/23/2008 | |
| 95 | Dalager, John | | 12,500 | 06/25/2008 | |
| 96 | Bennett, William C. | | 12,500 | 06/23/2008 | |
| 97 | Pointe Capital Advisors | | 0 | 10/31/2007 | |
| 98 | Doug Nagel | | 200,000 | 05/01/2008 | |
| 99 | Obrien, Lawrence J. | | 0 | 09/05/2008 | |
| 100 | Cordova, Howard | | 6,250 | 08/08/2008 | |
| 101 | Irwin, Norma H. | | 12,500 | 07/03/2008 | |
| 102 | Abrams, Alan | | 125,000 | 07/30/2008 | |
| 103 | Devine, Joann | | 30,000 | 07/22/2008 | |
| 104 | Boyce, William | | 20,000 | 07/29/2008 | |
| 105 | | | | | |
| 106 | Yang, HE | | 6,250 | 07/02/2008 | |
| 107 | Grimm, Thomas C. | | 6,250 | 07/07/2008 | |
| 108 | Enavest International SPA | | 54,000 | 12/30/2007 | |
| 109 | Enavest International SPA | | 50,000 | 10/05/2007 | |
| 110 | Slavny, David | | 102,500 | 10/05/2007 | |
| 111 | Peskin, Bradley | | 5,000 | 06/01/2009 | |
| 112 | Peskin, Melisa | | 5,000 | 06/01/2009 | |
| 113 | Jupiter, Marlene | | 16,667 | 06/01/2009 | |
| 114 | Harrington, Noreen | | 16,667 | 06/01/2009 | |
| 115 | Peskin, Gavin | | 5,000 | 06/01/2009 | |

Shareholder Ledger
April 28, 2020

| # | Name | | | Date | Notes |
|---|------|------|------|------|-------|
| 116 | Haas, Marci - Founder Void | | 20,000 | 0 | 05/08/2009 | see 128 |
| 117 | Taylor, Phillip & Carole - Founder | 900,000 | | | | |
| 118 | Alnitari Capital Group, LLC - Founder Void | 1,052,729 | 0 | 08/31/2009 | See #56: 1,221,000 - 87,715 - 55,556 - 25,000 see 119, 131 & 132 |
| 119 | Watkins, Curtis - Founder | | 87,715 | 06/04/2009 | see 118 |
| 120 | Pointe Capital Advisors, Inc. Void | 50,000 | 0 | 06/04/2009 | |
| 121 | Schuss, Eric & Robin - Founder | | 50,000 | 06/04/2009 | |
| 122 | TLT Ventures, LLC Void | 30,000 | 0 | 03/20/2009 | void reissued BLK BX Ventures see # 136 |
| 123 | Puyvit Shipping BV Void | 6,667 | 0 | 03/20/2009 | see 127 |
| 124 | Magruder, James - Founder | | 355,000 | 03/11/2009 | see 31 - Balance after sale to ACG |
| 125 | De Bie, Marcel | | 5,000 | 06/02/2009 | |
| 126 | Engstrom, Raymond | | 5,000 | 05/15/2009 | |
| 127 | Puyvit Shipping BV Void | 6,667 | 0 | 03/20/2009 | see 129 |
| 128 | Haas, Marci - Founder Void | | 6,667 | 05/05/2009 | |
| 128 | Puyvit Shipping BV | 900,000 | 0 | 03/20/2009 | see 118 |
| 129 | Puyvit Shipping BV Void | | 6,667 | 06/20/2009 | |
| 130 | Schuss, Eric & Robin - Founder | | 50,000 | 09/29/2009 | |
| 131 | Massimino, Gironta - Founder | | 55,556 | 08/31/2009 | see 118 |
| 131 | Magruder, James - Founder | | 25,000 | 08/31/2009 | |
| 132 | Horwitz, Alan - Founder | | 25,000 | 03/31/2009 | |
| 133 | Marci Haas | 855,206 | 0 | 09/29/2009 | see 154 155 156 |
| 133 | Magruder, James - Founder | | 150,000 | 03/31/2009 | |
| 134 | Magruder, James - Founder | | 150,000 | 01/31/2010 | |
| 135 | | | | | |
| 136 | BLK BX Ventures LLC - Founder | | 30,000 | 05/05/2009 | See #56 -trans 200K f ACG |
| 137 | SOS Resource Services, Inc. - Founder Void | 931,459 | 0 | 06/18/2010 | See 58 & 149 |
| 138 | Ledbetter, Dale | | 12,500 | 05/27/2010 | |
| 139 | Pointe Capital Advisors, Inc. | | 25,000 | 05/15/2010 | |
| 140 | Jankowski, Kellie J. | 12,500 | | 05/17/2010 | see 142 |
| 141 | Monagas, Colleen & Stephen Void | | 12,500 | 05/17/2010 | See #29 |
| 142 | Monagas, Colleen & Stephen | | 12,500 | 05/17/2010 | |
| 143 | Samantha Sallarulo | | 100,000 | 06/17/2010 | Split up with JJ, MN, JA |
| 144 | Nagel, Douglas James - Founder | 255,521 | 200,000 | 07/31/2010 | See 143: 200K to SS. See 160.51,751 to JM. See 3770 to DS |
| 145 | Alnitari Capital Group (See 143, 158, 160) Transferred | | 0 | 01/31/2010 | void see 179 and 181 - transferred 150K to TLT |
| 146 | Sallarulo, Paul - Founder | 1,077,199 | 1,077,199 | 12/14/2010 | |
| 147 | | | | | |
| 148 | Cougentakis, Photios - Founder | 950,000 | 981,599 | 01/31/2010 | See #29 |
| 149 | SOS Resource Services, Inc. - Founder | 1,077,199 | 0 | 01/31/2010 | |
| 150 | Nassar, Alvin J. - Founder | 1,077,199 | 0 | 01/31/2010 | Split up with JJ, MN, JA |
| 151 | | | | | |
| 152 | Cougentakis Nicolteel 2010 Trust - Founder | | 200,000 | 01/31/2010 | see 133 cert missing |
| 153 | Cougentakis Elizabeth 2010 Trust - Founder | | 209,752 | 01/31/2010 | see 133 |
| 154 | Haas, Marci - Founder | | 200,000 | 01/31/2010 | see 133 |
| 155 | Haas, Marci - Founder | | 317,810 | 01/31/2010 | see 133 |
| 156 | Haas, Stephen E. - Founder | | 317,810 | 01/31/2010 | see 133 |
| 157 | Don Taft | | 250,000 | 11/10/2010 | Loan incentive shares |
| 158 | David Slavny | | 100,000 | 07/31/2010 | See 145: 3770 to DS |
| 159 | Chazin, David - Delaware Charter Guarantee & Trust | | 10,000 | 02/09/2012 | See 145: 3770 fam ACG, 96230 from Tsy(CO) |
| 160 | James Morrell | | 51,751 | 01/31/2010 | See 145: transfer from ACG |

Shareholder Ledger
April 28, 2020

| # | Name | | Shares | Date | Notes |
|---|---|---|---|---|---|
| 161 | Tricos, Katherine | | 25,000 | 11/17/2011 | replaces cert 84 |
| 162 | Chang, Pedro Daniel Tam - Founder | | 5,700 | 09/18/2010 | Workout with Colin Estate |
| 163 | Polo, Eduardo Carlos Ayub - Founder | 5,000 | | 09/18/2010 | Workout with Colin Estate |
| 164 | Chang, Pedro Daniel Tam - Founder | 5,000 | | 11/18/2011 | Workout with Colin Estate |
| 165 | GHN Consulting | | 126,582 | 04/20/2012 | |
| 166 | Fan, Xunxiang | | 100,000 | 05/05/2012 | |
| 167 | | | | | |
| 168 | Frank Cougenhakis | | 263,182 | 06/03/2015 | See 118 1/4 to FC. |
| 169 | AJ Nassar | | 263,182 | 06/03/2015 | See 118 1/4 to AJ |
| 170 | Smith, Jeffrey | | 24,000 | 09/24/2015 | |
| 171 | Carry, Linda | | 20,000 | 04/20/2016 | |
| 172 | Jennifer Justice | | 20,000 | 07/06/2015 | |
| 173 | Sankin, Simon | | 10,000 | 05/05/2015 | |
| 174 | Sun, Aiqun | | 100,000 | 06/06/2015 | |
| 175 | Jim Morrell | | 526,364 | 06/03/2015 | See 118 - Breakup of Alinian (1/4 to AJ & Frank, 1/2 to Jim) |
| 176 | Huang, Xioa | | 50,000 | 09/30/2014 | |
| 177 | Huang, Xioa | | 30,000 | 03/07/2015 | |
| 178 | Derong, Qiu - Note Converted Mar 1 2011 re FDA approval | | 250,000 | 03/01/2011 | |
| 179 | SOS Resource Services, Inc. - Founder | | 739,575 | 07/07/2015 | see 149 |
| 180 | James Magruder | | 300,000 | 07/07/2015 | Six Years Services @ 50,000/year |
| 181 | TLT Ventures, LLC - Founder | | 150,000 | 07/10/2015 | Transferred from S Russo See #137 |
| 182 | Paul Sallarulo | | 300,000 | 07/10/2015 | Six Years Services @ 50,000/year |
| 183 | James Morrell | | 300,000 | 07/10/2015 | Six Years Services @ 50,000/year |
| 184 | Romano, Peter | | 30,000 | 05/09/2016 | Loan Incentive |
| 185 | Atria James V. - Founder | | 58,000 | 09/30/2015 | Transferred From AJ - |
| 186 | Nassar, Alvin J. - Founder | | 869,199 | 09/30/2015 | Balance of AJ after MN, JJ, & JA |
| 187 | Smith, Jeffrey | | 10,000 | 12/29/2015 | |
| 188 | | | | | |
| 189 | Alinian Accounts Payable Conversion | 10,059 | 405,504 | 01/15/2016 | Loan Conversions at $1.23 per Share Trans to SS#143 |
| 190 | Newton, David | | 243,470 | 01/15/2016 | Loan Conversions at $1.23 per Share |
| 191 | Abrams, Alan - Loan Conversion | | 121,951 | 11/24/2015 | Loan Conversions at $1.23 per Share |
| 192 | Abrams, Alan - Loan Conversion | | 48,678 | 11/24/2015 | Loan Conversions at $1.23 per Share |
| 193 | Boyce, William - Loan Conversion | | 116,690 | 11/24/2015 | Loan Conversions at $1.23 per Share |
| 194 | King, Howard - Loan Conversion | | 62,859 | 11/24/2015 | Loan Conversions at $1.23 per Share |
| 195 | Godwin, Christine _ Loan Conversion | | 38,682 | 11/24/2015 | Loan Conversions at $1.23 per Share |
| 196 | Nalder, Max - Loan Conversion | | 24,390 | 11/24/2015 | Loan Conversions at $1.23 per Share |
| 197 | Bush, Lee Ann - Loan Conversion | | 10,000 | 02/28/2020 | Penalty Shares for loan default |
| 198 | Romano, Peter | | 32,919 | 11/24/2015 | Loan Conversions at $1.23 per Share (Verify-Denise BS) |
| 199 | Nassar, Alvin J. - Loan Conversion + $12,373.05 Alinian/3 | | 35,374 | 11/24/2015 | Loan Conversions at $1.23 per Share (Verify-Denise BS) |
| 200 | Morrell, James - Loan Conversion + $12,373.05 Alinian/3 | | 78,049 | 11/24/2015 | Loan Conversions at $1.23 per Share (Verify-Denise BS) |
| 201 | Costaras, Andreas - Loan Conversion | | 68,293 | 11/24/2015 | Loan Conversions at $1.23 per Share |
| 202 | Cougenhakis, Photios - Loan Conversion + $12,373.05 Alinian/3 | | 24,390 | 11/24/2015 | Loan Conversions at $1.23 per Share (Verify-Denise BS) |
| 203 | Richardson, James M. - Loan Conversion | | 24,390 | 11/24/2015 | Loan Conversions at $1.23 per Share |
| 204 | | | | | Was PS Conversion - Cancelled |

Shareholder Ledger
April 28, 2020

| Account | Name | Shares | Date | Note |
|---|---|---|---|---|
| 205 | Seller, Zeiden, & Rimes, LLC | 5,122 | 11/24/2015 | Loan conversion at $1.23 per Share - To Be Printed |
| 206 | Enavest Internacional SPA - Loan Conversion | 162,602 | 11/24/2015 | Loan Conversions at $1.23 per Share |
| 207 | Darren Brungardt | 20,000 | 01/25/2019 | To Be Printed |
| 208 | Lee Ann Bush | 10,000 | 01/25/2019 | To Be Printed |
| 209 | David Chazin | 3,000 | 01/25/2019 | To Be Printed |
| 210 | John Dalagar | 30,000 | 01/25/2019 | To Be Printed |
| 211 | ADM Services | 3,368 | 01/25/2019 | Printed |
| 212 | Robert Fricke | 7,500 | 01/25/2019 | To Be Printed |
| 213 | Marlene Jupiter | 4,491 | 01/25/2019 | To Be Printed |
| 214 | John McAuliffe | 10,000 | 01/25/2019 | Printed |
| 215 | Collen & Stephen Monagas | 3,368 | 01/25/2019 | To Be Printed |
| 216 | Bradley Peskin | 10,000 | 01/25/2019 | To Be Printed |
| 217 | Melissa Peskin | 10,000 | 01/25/2019 | To Be Printed |
| 218 | James Morrell | 300,000 | 01/25/2019 | To Be Printed |
| 219 | Jim Richardson | 6,572 | 01/25/2019 | To Be Printed |
| 220 | Miriam Richardson | 13,679 | 01/25/2019 | To Be Printed |
| 221 | David Reiter | 13,473 | 01/25/2019 | To Be Printed |
| 222 | Paul Sallarulo | 1,200,000 | 01/25/2019 | To Be Printed |
| 223 | William Bennet | 2,000 | 01/25/2019 | To Be Printed |
| 224 | Gonson, Matthew B. | 15,000 | 04/20/2016 | Stock with Loan |
| 225 | ADM Family Investments, LLC | 15,000 | 04/20/2016 | Stock with Loan |
| 226 | Blank | 0 | | Blank |
| 227 | Blank | | | Blank |
| 228 | Blank | | | Blank |
| 229 | Blank | 0 | | Blank |
| 230 | Blank | 0 | | Blank |
| 231 | Blank | 0 | | Blank |
| 232 | Blank | 0 | | Blank |
| 233 | Blank | 0 | | Blank |
| 234 | Blank | 0 | | Blank |
| 235 | Blank | 0 | | Blank |
| 236 | Blank | 0 | | Blank |
| 237 | Blank | 0 | | Blank |
| 238 | Blank | 0 | | Blank |
| 239 | Blank | 0 | | Blank |
| 240 | Blank | 0 | | Blank |
| 241 | Blank | 0 | | Blank |
| 242 | Blank | 0 | | Blank |
| | TOTAL SHARES | 19,006,379 | | |

## Shareholder Ledger
### April 28, 2020

| | | | | | |
|---|---|---|---|---|---|
| 0 | Critchfield, Clifton - Phantom @ $2.00 | | 50,000 | 03/31/2009 | Phantom |
| 0 | Warman, Sheldon - Phantom | | 30,000 | 07/31/2008 | Phantom |
| 0 | Warman, Sheldon - Phantom | | 30,000 | 07/31/2009 | Phantom |
| 0 | Warman, Sheldon - Phantom | | 30,000 | 07/31/2010 | Phantom |
| 0 | Warman, Sheldon - Phantom | | 30,000 | 07/31/2011 | Phantom |
| 0 | Warman, Sheldon - Phantom | | 50,000 | 04/16/2010 | Phantom |
| 0 | Parker, John - Phantom @ $2.00 | | 25,000 | 08/31/2008 | Phantom |
| 0 | Martin, Ed - Phantom @ $2.00 | | 25,000 | 08/31/2008 | Phantom |
| 0 | Zeliff, William - Phantom @ $2.00 | | 0 | 12/31/2008 | Phantom |
| 0 | Stephen, John A. - Phantom @ $2.00 | | 0 | 12/31/2008 | Phantom |
| 0 | Cancienne, Martin - Phantom @ $2.00 | | 0 | 12/31/2008 | Phantom |
| 0 | Resolute Consulting - Phantom @ $3.00 46.4667 shares | reement June 2014 | 0 | 12/31/2009 | Phantom Repurchased by Nexera |
| 0 | Hanson, Eric - Phantom @ $2.00 | | 48,750 | 02/01/2010 | Phantom |
| 0 | Hanson, Eric - Phantom @ $2.00 | | 48,750 | 12/31/2010 | Phantom |
| 0 | Hanson, Heidi - Phantom @ $2.00 | | 2,813 | 02/01/2010 | Phantom |
| 0 | Hanson, Heidi - Phantom @ $2.00 | | 2,813 | 12/31/2010 | Phantom |
| 0 | Peterson Geoffrey G. - Phantom @ $2.00 | | 5,625 | 02/01/2010 | Phantom |
| 0 | Peterson Geoffrey G. - Phantom @ $2.00 | | 5,625 | 12/31/2010 | Phantom |
| 0 | Gunther Peterson, Nancy - Phantom @ $2.00 | | 2,813 | 02/01/2010 | Phantom |
| 0 | Cox, Nancy | | 152,016 | 09/01/2015 | Phantom |
| 0 | King, Howard | | 15,000 | 11/02/2015 | Phantom |
| 0 | Gunther Peterson, Nancy - Phantom @ $2.00 | | 2,813 | 12/31/2010 | Phantom |
| 0 | US Strategies Eric Hanson - Phantom @ $2.00 | | 55,000 | 12/31/2008 | Phantom |
| 0 | US Strategies Eric Hanson - Phantom @ $2.00 | | | 01/01/2011 | Phantom |
| | | | 682,018 | | |

## United States Bankruptcy Court
### Southern District of Florida

In re    **NEXERA Medical, Inc.**

_____    Case No. _____
                                            Debtor(s)        Chapter    **11**    _____

## VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **April 28, 2023**                      **/s/ James Magruder**
_____            _____
                                            **James Magruder**/**Director**
                                            Signer/Title

CanStar, Inc.
125 N Maple Ave.,
Afton, OK 74331


Florida Dept of Revenue
5050 W Tennessee St
Tallahassee, FL 32399


Foss Performance Materials, LLC
11 Merrill Industrial Drive
Hampton, NH 03842


Internal Revenue Service
Centralized Insolvency Section
POB 21126 (DP-N-781)
Philadelphia, PA 19114


James Magruder
1424 SE 12 St.
Unit 1A
Fort Lauderdale, FL 33136


James Morrell
13754 Royston Bend
Hudson, FL 34669


James Morrell
12850 Seronera Valley Ct
Spring Hill, FL 34610


Litera Capital II, LLC
c/o Brito, PLLC
2121 Ponce De Leon Blvd
Suite 650
Coral Gables, FL 33134


Paul Sallarulo
2521 NE 48th St.
Lighthouse Point, FL 33064


The Estate of Don Taft
Kramer, Levin, Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY 10036

```
Total Quality Logistics
POB 634558
Cincinnati, OH 45263-4558
```